# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES PAGE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI LEWISBURG,<br><br>Respondent. | CIVIL ACTION NO. 3:26-cv-00089<br><br>(SAPORITO, J.) |

## ORDER

Charles Page filed this *habeas corpus* petition from FCI-Lewisburg pursuant to 28 U.S.C. § 2241. He asserted that the Bureau of Prisons ("BOP") was wrongly refusing to place him in prerelease custody despite his being "deemed eligible" for such placement. *See* (Doc. 1). Because Page has now been placed in prerelease custody, the Court dismisses the petition as moot.

A *habeas corpus* petition is moot when it no longer presents a "case or controversy" under Article III, Section 2, of the Constitution. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (citations omitted); *see also Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from

being able to grant the requested relief, the case must be dismissed as moot."). Therefore, a *habeas* petition "generally becomes moot when a prisoner is released from custody before the court has addressed the merits." *DeFoy v. McCullough*, 393 F.3d 439, 441 (3d Cir. 2005).

In this case, public records show that Page has been transferred to a residential reentry center, and he has not responded to the Court's order to show cause why the petition should not be dismissed. *See* (Docs. 10, 11). "Because [Page has] been released to prerelease custody, his request for release to such custody [is] moot," regardless of the merits of his original claim. *See Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024); *see also Lewis v. Warden Fort Dix FCI*, No. 24-2561, 2025 WL 2429711, at *1 (3d Cir. Mar. 14, 2025).

Accordingly, **IT IS HEREBY ORDERED** that the petition (Doc. 1) is **DISMISSED** as moot, and the Clerk is **DIRECTED** to close the case.

Dated: November 12, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge